No. 00–7926. PANTOJA-NUNEZ *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 00–7981. HOGAN *v.* TEXAS. Ct. App. Tex., 2d Dist. Certiorari denied.

No. 00–8148. HARRISON, AKA WILLIAMS *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 00–8471. LANIER *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 00–8628. BAYLY *v.* CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 00–8734. COX *v.* PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 00–8804. ARROYO *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 00–8901. PACHECO *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 00–8911. TREVINO *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–8920. MCGHEE *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 00–9116. BURNS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 00–9256. TREESH *v.* OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 00–9279. KHAN *v.* PORTUONDO, SUPERINTENDENT, SHAWANGUNK CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 00–9282. BREWER *v.* OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 00–9284. ANDERSON *v.* MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 00–9295. PRUITT *v.* YUKINS, WARDEN. C. A. 6th Cir. Certiorari denied.